IN RE ESTATE OF SOLON L. WILEY, DECEASED. WILLIAM L. SHEARER ET AL., APPELLANTS, v. EMMET S. BRUMBAUGH, ADMINISTRATOR WITH WILL ANNEXED, OF THE ESTATE OF SOLON L. WILEY, DECEASED ET AL., APPELLEES.

38 N. W. 2d 434

Filed July 14, 1949. No. 32483.

See 150 Neb. 898, 36 N. W. 2d 483, for original opinion.

*Munger & Rhodes,* for appellants.

*Gray & Brumbaugh, Will H. Thompson, Lee & Bremers,* and *Richard W. Lee,* for appellees.

Heard before CARTER, MESSMORE, YEAGER, CHAPPELL, WENKE, and BOSLAUGH, JJ.

WENKE, J.

In order to clarify our opinion in In re Estate of Wiley, 150 Neb. 898, 36 N. W. 2d 483, with reference to the sums therein stated as received and expended by the executors, we set forth the following:

### Receipts

| 1927 | Received from Oregon Basin Oil and Gas Co. | | | $ | 75.00 |
|------|------|------|------|------|------|
| 1936 | Rent from the ranch | | | | 600.00 |
| 1936 | Water rent | | | | 27.99 |
| 1937 | Rent from the ranch | | | | 284.95 |
| 1939 | Water rent $64.88 and grazing $10 | | | | 74.88 |
| 1940 | Water rent | | | | 202.98 |
| 1941 | Rent from the ranch -7/15 | $130.00 | | | |
| | 7/24 | 270.00 | | | |
| | 11/25 | 500.00 | | | 900.00 |
| 1941 | Water rent | | | | 936.97 |
| 1942 | Water rent | | | | 50.00 |
| | | | | | $3,152.77 |

### Disbursements

| 7/20/28 | Shearer, expenses on trip to Cody | $ | 214.00 |
|------|------|------|------|
| 3/4/30 | Thompson, insurance on ranch buildings | | 700.00 |
| 3/28/30 | Thompson, atty. fees for W. E. Mullen | | 250.00 |
| 12/4/31 | Thompson, expenses on trip to Cody | | 153.81 |

| | | |
|---|---|---|
| 3/25/32 | Taxes, 1928-29-30-31 (redemption of ranch) | 2,632.15 |
| 12/24/32 | Thompson, expenses as atty. for executors | 90.00 |
| 5/27/33 | Insurance on ranch buildings | 302.50 |
| 5/14-18/34 | Shearer, expenses on trip to Cody | 176.00 |
| 11/26/35 | Taxes on ranch | 352.61 |
| 2/13/36 | Taxes on ranch | 313.62 |
| 2/13/36 | Insurance on ranch buildings | 302.50 |
| 1/29/37 | Surveying | 7.50 |
| 7/19/37 | Recording, Wyoming | 5.00 |
| 1/25/38 | Thompson, balance of taxes | 13.96 |
| 2/24/38 | Surveying | 93.75 |
| 8/9/38 | Recording | 3.85 |
| 11/9/38 | Taxes on ranch | 185.77 |
| 1/25/39 | Brome, atty. for executors in Wyoming | 100.00 |
| 2/24-3/4/39 | Expenses, trip to Wyoming | 30.25 |
| 2/24-3/4/39 | Hotel room, trip to Wyoming | 12.50 |
| | Meals, trip to Wyoming | 42.70 |
| 4/11/39 | Brome, atty. for executors in Wyoming | 100.00 |
| 4/24/39 | Insurance on ranch buildings | 220.00 |
| | Supersedeas bond in ranch litigation | 49.05 |
| 5/5/39 | Taxes on ranch | 185.76 |
| 8/2/39 | Thompson, expenses in connection with estate | 49.25 |
| 11/4/39 | Taxes on ranch | 184.23 |
| 5/2/40 | Taxes on ranch | 184.21 |
| 7/29/40 | Settlement of law suit resulting from damage to lower lands caused by break in dam | 2,686.28 |
| 8/5/40 | Insurance on ranch buildings | 9.40 |
| 11/2/40 | Taxes on ranch | 179.28 |
| 11/18/40 | Thompson, expenses | 2.52 |
| 11/20/40 | Damages, suit arising from break in dam | 300.00 |

| | | |
|---|---|---|
| 12/19/40 | Engineering expense | 77.50 |
| 4/26/41 | Taxes on ranch | 179.28 |
| 7/7/41 | Surveying | 50.00 |
| 8/19/41 | Expenses of attorney | 3.75 |
| 8/17-21/41 | Expenses, trip to Wyoming | 78.05 |
| 8/23/41 | Expenses, collection charge | 1.66 |
| 8/26/41 | Walker Bank & Trust Co., Bell for commission on sale of ranch | 500.00 |
| 9/29/41 | Taxes on ranch | 346.15 |
| | | $11,368.84 |

The motions for rehearing are overruled.